THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

November 22, 2019

*Via* **ECF**

The Honorable Paul G. Gardephe
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Torres,* 18 Cr. 601 (PGG)

Dear Judge Gardephe:

I represent Omar Torres in the above-referenced matter. I write, with the government's consent, to request an adjournment of Mr. Torres' Sentencing to January 28, 29, or 30, 2020.

I need the additional time in order to coordinate with the defendant's family in Venezuela and Suriname. I have had much difficulty as of late contacting Mr. Torres' family to arrange for letters in support of sentencing to be prepared and mailed to me. Furthermore, after I am able to adequately coordinate with his family and others who will be writing letters in support, I will likely need to have those letters translated into English.

Accordingly, I respectfully request that Mr. Torres' sentencing be adjourned to January 28, 29, or 30, 2020. Thank you.

Respectfully submitted,

/s/

César de Castro

cc:   Elizabeth Hanft
      *Assistant United States Attorney (via ECF)*

MEMO ENDORSED

Sentencing is adjourned to January 30, 2020 at 4:30 p.m.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: November 22, 2019